UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THOMAS D'ORAZIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| V. | ) **CASE NO. 5:14-CV-323-D** |
| | ) |
| OSL HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for sanctions [D.E. 42] is GRANTED, the counterclaim of defendant/counterclaim plaintiff OSL Holdings, Inc., is DISMISSED with prejudice, and judgment is entered against OSL Holdings, Inc., in the amount of $151,830.06 plus post-judgment interest at the legal rate.

IT IS FURTHERED ORDERED that Defendant Robert H. Rothenberg was voluntarily dismissed by Plaintiff on 11/3/2016 at [D.E. 34].

**This Judgment Filed and Entered on June 9, 2017, and Copies To:**

| | |
|---|---|
| OSL Holdings, Inc. | (Sent to OSL Holdings, Inc. c/o CSC Services of Nevada, Inc., Registered Agent 2215-B Renaissance Drive Las Vegas, NV 89119 via United States Mail) |
| Lori Peoples Jones | (via CM/ECF electronic notification) |

DATE:                                              PETER A. MOORE, JR., CLERK

June 9, 2017                                    (By)  /s/ Nicole Briggeman
                                                              Deputy Clerk